# SECOND AMENDED COMPLAINT FOR RACIAL DISCRIMINATION, CIVIL RIGHTS VIOLATIONS, AND DECLARATORY RELIEF

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CARNEL LAMONT OLIVER,**
Plaintiff,

v.

**UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
and
**JACKSONVILLE HOUSING AUTHORITY,**
Defendants.

**Case No: 3:26-cv-00568-WWB-PDB**

---

# SECOND AMENDED COMPLAINT

Plaintiff, **CARNEL LAMONT OLIVER**, proceeding pro se, alleges:

---

# I. JURISDICTION AND VENUE

1. This Court has jurisdiction under **28 U.S.C. § 1331** (federal question), arising under:
   - **Civil Rights Act of 1866 (42 U.S.C. §§ 1981–1982)**
   - **Fair Housing Act (42 U.S.C. § 3601 et seq.)**
   - **Fifth Amendment to the U.S. Constitution**
2. This Court may grant declaratory and injunctive relief under **28 U.S.C. §§ 2201–2202.**
3. Venue is proper in this district under **28 U.S.C. § 1391(b)** because all events occurred in Jacksonville, Florida.

## II. PARTIES

4. Plaintiff, **CARNEL LAMONT OLIVER**, is a resident of Jacksonville, Florida, proceeding pro se, and is a **Freedmen descendant**, asserting federally protected civil rights.
5. Defendant, **United States Department of Housing and Urban Development (HUD)**, administers federal housing programs.
6. Defendant, **Jacksonville Housing Authority (JHA)**, administers HUD-funded housing programs locally.

## III. FACTUAL ALLEGATIONS

7. The Civil Rights Act of 1866 was enacted to guarantee that **Freedmen and their descendants** have the same rights as white citizens, including rights relating to property and contracts.
8. Plaintiff is a **Freedmen descendant**, supported by genetic genealogy linking him to historically enslaved families.
9. Since **May 31, 2023**, JHA has closed waiting lists for public housing and Section 8 programs.
10. Plaintiff has been **denied access to apply** for federally funded housing for over two years.
11. Housing assistance is limited, but Defendants maintain systems that allow some individuals access while others are excluded.
12. HUD has acknowledged issues with eligibility enforcement, including:

- Approximately **24,000 ineligible individuals** receiving benefits
- Approximately **200,000 tenants with incomplete eligibility verification**

13. HUD has proposed new rules requiring strict citizenship verification for all residents.
14. Despite these enforcement actions, Plaintiff—who is a U.S. citizen and a **Freedmen descendant**—remains unable to access housing programs due to administrative closure and systemic barriers.
15. The effect of Defendants' policies is that Plaintiff is treated **differently than similarly situated applicants**, resulting in exclusion from housing opportunities.
16. These actions disproportionately impact historically disadvantaged groups, including **Freedmen descendants**, and deny equal access to federally funded benefits.

## IV. CLAIMS FOR RELIEF

## COUNT I – CIVIL RIGHTS ACT OF 1866 (42 U.S.C. §§ 1981–1982)

17. Plaintiff incorporates paragraphs 1–16.
18. Defendants denied Plaintiff the same right to make and enforce contracts and to access property (housing) as enjoyed by other citizens.
19. Plaintiff, as a **Freedmen descendant**, is within the class the statute was designed to protect.
20. Defendants' actions constitute **racial discrimination** under §§ 1981–1982.

## COUNT II – FAIR HOUSING ACT (42 U.S.C. § 3604)

21. Plaintiff incorporates paragraphs 1–20.
22. Defendants made housing unavailable to Plaintiff because of race and historical status tied to race.
23. Closing waiting lists and maintaining selective access systems has a **discriminatory effect**.
24. Plaintiff has been denied the opportunity to apply for housing on equal terms.

## COUNT III – FIFTH AMENDMENT (EQUAL PROTECTION COMPONENT)

25. Plaintiff incorporates paragraphs 1–24.
26. Federal actors, including HUD, are bound by the **equal protection component of the Fifth Amendment**.
27. Defendants treated Plaintiff differently than similarly situated individuals without sufficient justification.
28. This constitutes **unlawful discrimination and denial of equal protection of the laws**.

## COUNT IV – DECLARATORY RELIEF

29. Plaintiff incorporates paragraphs 1–28.
30. A real and substantial controversy exists regarding Plaintiff's rights.
31. Plaintiff seeks a declaration that he is a **Freedman and a free man**, entitled to full civil rights protections under federal law.

## COUNT V – INJUNCTIVE RELIEF

32. Plaintiff incorporates paragraphs 1–31.
33. Plaintiff is suffering ongoing harm due to lack of access to housing programs.

34. Plaintiff has no adequate remedy at law.

35. Injunctive relief is necessary to prevent continued violations.

# V. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests:

A. A declaration that Plaintiff is a **Freedman and a free man** entitled to full civil rights protections;

B. A declaration that Defendants violated:

- **42 U.S.C. §§ 1981–1982**
- **Fair Housing Act (42 U.S.C. § 3601 et seq.)**
- **Fifth Amendment**

C. An injunction requiring Defendants to provide **equal, non-discriminatory access** to housing programs;

D. Any additional relief the Court deems just and proper.

# VI. EXHIBITS

- Exhibit A: DNA Evidence Summary
- Exhibit B: Pedigree Charts
- Exhibit C: JHA Waiting List Closure Documentation
- Exhibit D: HUD Proposed Rule and Policy Statements

# Respectfully submitted,

**CARNEL LAMONT OLIVER**
611 E. Adams Street
Jacksonville, Florida 32202
✉ carnelloliver3836@gmail.com
📞 (202) 867-1041

**Date:** March 18, 2026

Case 3:26-cv-00568-WWB-PDB    Document 4    Filed 03/18/26    Page 6 of 10 PageID 23

An official website of the United States Government   Here's how you know

Search


(/)

## U.S. Department of Housing and Urban Development

News (/news)

/ HUD Moves to Close 'Mixed Status Households' Roommate Loophole

# HUD Moves to Close "Mixed Status Households" Roommate Loophole
# Illegals, Ineligibles, and Fraudsters: Pack Your Bags 👋 👜 ✈️

**Website Feedback**

**WASHINGTON** – Housing and Urban Development (HUD) Secretary Scott Turner announced a new **proposed rule (/sites/default/files/PA/documents/HUD-QC-NPRM.pdf)** to require proof of U.S. citizenship or eligible status for every resident in HUD-funded housing, including "mixed status households." With this proposed rule, HUD will ensure that taxpayer-funded housing benefits only go to American citizens and eligible individuals for the first time in history.

"Under President Trump's leadership, the days of illegal aliens, ineligibles, and fraudsters gaming the system and riding the coattails of American taxpayers are over," **said Secretary Turner**. "HUD's proposed rule will guarantee that all residents in HUD-funded housing are eligible tenants. We have zero tolerance for pushing aside hardworking U.S. citizens while enabling others to exploit decades-old loopholes."

HUD's proposed rule will close loopholes and prohibit HUD funding from benefitting illegal aliens and ineligible noncitizens who reside in taxpayer-funded housing. These individuals will no longer be able to take advantage of taxpayer-funded benefits intended for American citizens or people with eligible status.

HUD housing assistance is intended for U.S. citizens and certain eligible noncitizens, yet HUD resources serve only a quarter of eligible households in need. Meanwhile, a recent HUD and DHS audit of all assisted households identified nearly 200,000 tenants with incomplete or unknown eligibility verification. Furthermore, HUD

**Website Feedback**

Case 3:26-cv-00538-WWB-PDB   Document 4   Filed 03/18/26   Page 8 of 10 PageID 25

estimates approximately 24,000 illegal aliens, ineligibles, and fraudsters in 20,000 "mixed status households" benefit from HUD assistance.

This action builds on HUD's work to protect federal housing benefits for vulnerable American citizens and execute on President Trump's Executive Order "**Ending Taxpayer Subsidization of Open Borders (https://www.whitehouse.gov/presidential-actions/2025/02/ending-taxpayer-subsidization-of-open-borders/)**." This year, Secretary Turner:

- **Signed (/news/hud-no-25-046)** the "American Housing Programs for American Citizens" MOU with DHS Secretary Kristi Noem to end the wasteful misappropriation of taxpayer dollars to benefit illegal aliens.

- **Audited (/news/hud-no-26-008)** all tenants across HUD-funded housing nationwide, giving Public Housing Authorities and owners 30 days to take corrective action.

- **Guaranteed (/news/hud-no-25-048)** that HUD-backed loans only go to American citizens through revised FHA residency requirements.

- **Demanded (https://www.washingtonexaminer.com/news/white-house/3784818/hud-threatens-funding-public-housing-authorities-illegal-immigrants/)** eligible immigration and citizenship status for all residents of HUD-funded housing.

**Website Feedback**

- **Launched (/news/hud-no-25-138)**
  the Report Crime Hotline so
  Americans can report illegal aliens
  and criminal activity in HUD-funded
  housing (1-800-347-3735).

**CBP HOME
(https://www.dhs.gov/cbphome):**
Assistance to Voluntary Self-Deport

*Follow @SecretaryTurner on* ***X***
**(https://x.com/SecretaryTurner),** ***FB***
**(https://www.facebook.com/secretaryturner),**
*and* ***Instagram***
**(https://www.instagram.com/secretaryturner).**

*Follow @HUDgov on* ***X***
**(https://x.com/HUDgov),** ***FB***
**(https://www.facebook.com/HUD/),** *and*
***Instagram***
**(https://www.instagram.com/hudgov/).**

***HUD.gov*** **(https://www.hud.gov/)**

---

Helping Americans (/helping-americans)

HUD Partners (/hud-partners)

Researchers (/researchers)

News (/news)

About (/aboutus)

Contact (/contactus)

**U.S. Department of
Housing and Urban Development**

451 7th Street, S.W., Washington, DC 20410

T: (202) 402-3815

Find a HUD office near you (/contactus/local)

**Website Feedback**



Office of Inspector General (https://www.hudoig.gov/) | No Fear Act (/no-fear-act) | FOIA (/foia) | Privacy (/aboutus/privacy-policy) | Accessibility (/accessibility) | Web Policies (/contactus/webmanagement) | Sitemap (/siteindex)

**Website Feedback**